IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT FOR TN

Kevin Roberto Cantu Garcia　　　　Case No. 3:25-cv-00251

　　　Plaintiff,　　　　　　　　　　Judge: Aleta A. Trauger

V.

Homeland Security

　　　Defendant's.

RECEIVED
JUN 0 2 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Plaintiff's Petition for Permission for Leave for Judicial Notice

Come Now, Plaintiff Kevin Roberto Cantu Garcia, seeking this court to take Judicial Notice of the matter at hand Due to him being at the tip of the iceberg of Flattening his sentence this September, 2025. Plaintiff seeks relief of this court so that he would not be faced with being Returned to a country he Does not know about nor have any ties unto. Plaintiff life will be placed in danger and death Due to the Mass Violence that is occurring in Mexico By the Various Dangerous Cartels. Plaintiff has been in the United States since he was 2yrs old and this is the only home he knows. Plaintiff will be placed in imminent harm and Danger if this court Does not Block HSA From sending him back to Mexico erroneously when he is in fact a United States citizen. Plaintiff prays this court will act in his favor.

Respectfully Submitted

Kevin Cantu　　　　　　　　　X

Certificate of Service

I, certify that on this 22nd Day of May 2025 the foregoing was placed in TCIX Main Inmate mail to be Delivered to the U.S. court clerk M.D.Tenn via U.S. Postal Service 719 Church St., Nashville, TN 37203. Respectfully Submitted Kevin Cantu

Kevin Cantu #631830
1499 R.W. Moore Memorial Hwy
only, TN 37140

Privileged
Legal
Mail

MAILED AS PRIVILEGED
TURNEY CENTER MAILROOM
ONLY TN 37140
MAY 22 2025

RECEIVED
JUN 02 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

To; United States District
Court for the Middle District
for TN
ATTN; clerk of court
719 church st
Nashville, TN 37203
37203-70389

The Department of Corrections has neither inspected nor censored and is not responsible for the contents

Turney Center Industrial Complex